UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ARCHER,<br><br>            Petitioner,<br><br>      v.<br><br>THE DEPARTMENT OF MENTAL<br>HEALTH, et al.,<br><br>            Respondents. | 1:07-CV-00012-OWW-SMS-HC<br><br>ORDER GRANTING IN FORMA<br>PAUPERIS STATUS<br><br>ORDER DENYING MOTION FOR<br>APPOINTMENT OF COUNSEL<br><br>(Doc. 4) |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner shall be authorized to proceed *in forma pauperis*.

   Petitioner has filed a motion for appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the

present time.  There, the motion for appointment of counsel shall be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is authorized to proceed *in forma pauperis*;

2. Petitioner's motion for appointment of counsel is denied; and

3. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    February 14, 2007**            /s/ Sandra M. Snyder
23ehd0                                                         UNITED STATES MAGISTRATE JUDGE