# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ARCHER,<br>  aka Ricky Thomas, | CV F   07-00012 OWW SMS HC |
| Petitioner, | FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | [Doc. 1] |
| DEPARTMENT OF MENTAL HEALTH, | |
| Respondent. / | |

    Petitioner is a civil committed mental health patient proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on December 11, 2006, in the Sacramento Division of this Court.  By order of January 4, 2007, the petition was transferred to this Court.

    On January 12, 2007, Petitioner filed a document entitled "Objection To Transfer/ Request For Remand."  (Court Doc. 9.)  In this motion, Petitioner requests that the Court transfer the case back to Sacramento, preferably before Magistrate Judge Mueller, who is handling the "original" petition.  (Id. at 3.)

    As set forth by Petitioner, he was found not guilty by reason of insanity on November 1, 2000, in the Solano County Superior Court.  (Court Doc. 9, at 3.)  Petitioner states that he was

1

removed from all mental health treatment on August 31, 2006, and has been placed in maximum security at Corcoran State Prison. (Petition, at 10.) Petitioner challenges the constitutionality of California Welfare and Institution Code section 7301.

The Court takes judicial notice of case number 2:04-cv-02249 MCE KJM (HC), which Petitioner filed in the Sacramento Court on October 22, 2004.[1] Petitioner has been appointed counsel in that case and the proceedings are ongoing. In the instant petition, Petitioner is raising the same claim(s) as that in his pending Sacramento case. Petitioner has been warned several times to not file documents on his behalf and only through counsel. (See 2:04-cv-02249 MCE KJM; Court Docs. 23, 40, 52.) The Court finds that the filing of the instant petition is a further attempt to circumvent the admonishment by the Court to not file documents on his own behalf. Therefore, the Court will dismiss the instant petition, and if Petitioner wishes to further present the claims raised herein, he must do so by way of filing, through counsel, in his pending Sacramento case.

## RECOMMENDATION

Based on the foregoing, it is HEREBY RECOMMENDED that the instant petition for writ of habeas corpus be DISMISSED, as DUPLICATIVE of the documents filed in case number 2:04-cv-02249 MCE KJM (HC). If Petitioner wishes to further present the claims raised herein, he must do so by way of filing, through counsel, in his pending Sacramento case.

This Findings and Recommendations is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. §

---

[1] A Court may take judicial notice of court records. See, MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th cir. 1980).

636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    June 19, 2007**                                          /s/ Sandra M. Snyder
                                                                                    UNITED STATES MAGISTRATE JUDGE