UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ARCHER,<br>  aka Ricky Thomas,<br><br>            Petitioner,<br><br>v.<br><br>DEPARTMENT OF MENTAL HEALTH,<br><br>            Respondent. | 1:07-cv-00012-LJO-SMS-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a civil committed mental health patient proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 19, 2007, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative of the documents filed in case number 2:04-cv-02249 MCE KJM (HC).  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On July 20, 2007, Petitioner filed objections to the Findings and Recommendations.

1

In his objections, Petitioner strongly contends that the instant petition is not duplicative of the claim(s) raised in case number 1:04-cv-02249 MCE KJM (HC).  To the contrary, the Court takes judicial notice of the fact that on August 8, 2007, in case number 1:04-cv-02249, Petitioner's counsel, Stephanie M. Adraktas, filed a motion to stay the proceeding and notice of related cases pursuant to Local Rule 83-123.[1]  (Court Doc. 56.)  There, Ms. Adraktas states that on June 26, 2007, "the California Court of Appeals issued an opinion and order remanding petitioner's case to the trial court for a new trial on the issue of restoration of his sanity."  (Id. at p. 2:20-21.) Counsel further states that she "also just discovered that petitioner has filed two separate federal habeas corpus actions requesting the same relief.  Pursuant to Local Rule 83-123, undersigned counsel is providing notice to this court of the pendency of those two actions."  (Id. at p.3:2-4.) Thus, as counsel states, Petitioner is seeking and/or has received the relief he has requested in the instant petition.  As such, dismissal of the petition is warranted.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for

---

[1] This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th cir. 1980).

questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 19, 2007, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED as duplicative of the documents filed in case number 2:04-cv-02249 MCE KJM (HC);

3. The Clerk of Court enter judgment for Respondent and to close this action; and,

4. If Petitioner wishes to further present the claims raised herein, he must do so by way of filing, through counsel, in his pending Sacramento case.

IT IS SO ORDERED.

**Dated:   August 16, 2007**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE